IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**                        Case No. 3:99-cv-093
                                                        Judge Thomas M. Rose

        **v.**

**UNITED TECHNOLOGIES
CORPORATION,**

        **Defendant.**

_____

**JUDGMENT**
_____

      This action was tried by Judge Thomas M. Rose without a jury and the following decision was reached:

      It is ordered that plaintiff the United States of America recover from the defendant United Technologies Corporation the amount of $664,364,996 as follows:

| | |
|---|---|
| Common Law Damages: | $108,994,143 |
| Prejudgment Interest on Common Law | $191,320,348 |
| False Claims Act Treble Damages | $356,960,505 |
| Penalties: | $     7,090,000 |
| **Total Amount of Judgment:** | **$664,364,996** |

      Post judgment interest will accrue beginning on July 2, 2013 at the statutory rate as specified by 28 U.S.C. § 1961. Finally, The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

      **DONE** and **ORDERED** in Dayton, Ohio this First Day of July, 2013.

                                                                             s/Thomas M. Rose

                                                                             _____
                                                                              THOMAS M. ROSE
                                                                              UNITED STATES DISTRICT JUDGE