```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOURTHERN DISTRICT OF OHIO
                          WESTERN DIVISION
```

_____
                                      )
**UNITED STATES OF AMERICA,**         )
                                      )
               Plaintiff,    )
                                      )  Case No. 3:99-cv-093
        v.                       )  Judge Thomas M. Rose
                                      )
**UNITED TECHNOLOGIES CORPORATION,**  )
                                      )
               Defendant.    )
_____)

### Judgment

This action was tried by Judge Thomas M. Rose without a jury and the following decision was reached:

It is ordered that plaintiff the United States of America recover from the defendant United Technologies Corporation as follows:

| | |
|---|---:|
| Disgorgement: | $1,176,619 |
| Prejudgment Interest on Disgorgement: | $2,784,171 |
| False Claims Act Penalties: | $7,090,000 |
| **Total Amount of Judgment:** | **$11,050,790** |

Post judgment interest will accrue beginning on June 18, 2016 at the statutory rate specified by 28 U.S.C. § 1961.

Dated:  June 18, 2016.               *s/Thomas M. Rose*
                                                   THOMAS M. ROSE
                                                   UNITED STATES DISTRICT JUDGE