IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:99-cv-093 |
| Plaintiff, | : | (Judge Thomas M. Rose) |
| v. | : | |
| UNITED TECHNOLOGIES CORPORATION | : | STIPULATION AND ORDER IN SATISFACTION OF JUDGMENT |
| Defendant. | : | |

Pursuant to stipulation of the parties that the judgment previously entered in this matter has been paid and satisfied, it is hereby ORDERED that the judgment previously entered in this matter on June 22, 2016 (Doc. #471) be and it hereby is DISCHARGED AND RELEASED OF RECORD.

September 8, 2016                THOMAS M. ROSE

                                 _____
                                 Thomas M. Rose, U. S. District Judge


BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General


/s/ Alan S. Gale_____
Michael D. Granston
Alan S. Gale
Attorneys, Civil Division
United States Department of Justice
P. O. Box 261, Ben Franklin Station
Washington, D.C. 20044

Attorneys for Plaintiff

/s/ David Z. Bodenheimer_____
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
TELEPHONE:	(202) 624-2500
FACSIMILE:	(202) 629-5116
E-MAIL:	dbodenheimer@crowell.com


/s/ Jeffrey A. Hall_____
Jeffrey A. Hall
BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP
54 West Hubbard Street
Chicago, IL 60654
TELEPHONE:	(312) 494-4400
E-MAIL:	jeffrey.hall@bartlit-beck.com


/s/ David C. Greer_____
David C. Greer (0009090)
BIESER, GREER & LANDIS, LLP
6 North Main Street, Suite 400
Dayton, OH 45402
TELEPHONE:	(937) 223-3277
FACSIMILE:	(937) 223-6339
E-MAIL:	dcg@biesergreer.com

Attorneys for
Defendant-Appellee, Cross-Appellant,
United Technologies Corporation


8039.990160.\ 571953.1